

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00269-CR

**RAYMOND WEBER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 15-0773**

## O R D E R

This is in response to the document received from you by the Court on March 27, 2017.

First we note that the document was not served. Every document you send to this Court must reflect that it was sent to all other parties of record. Tex. R. App. P. 6.3. And every pleading must be accompanied by proof of service which complies with the requirements of the Texas Rules of Appellate Procedure and any applicable filing fee. Tex. R. App. P. 9.5; 5. Proof of service may be in the form of a certificate of service. *Id*. 9.5(d). A certificate of service must state the name and address of each person served. *Id*.

(e)(2). This Court is not a party to this proceeding. We have attached a copy of your document to this order so that you will not need to serve it before we can move the case forward. Future filings should be served according to the rules or risk being struck and not considered by the Court.

Appellant's request for additional time to prepare a response to his attorney's *Anders* brief is granted. Appellant's response is due April 20, 2017.

Because the response needed to a brief in support of a motion by appointed counsel to withdraw must only direct the Court to the issues appellant wants the Court to focus on when reviewing the record for potentially meritorious issues, the response is not required to comply with formal briefing requirements. *Wilson v. State*, 955 S.W.2d 693, 697 (Tex. App.—Waco 1997, order). Further, the Court and its staff cannot advise appellant on legal issues such as whether appellant can, or how to, submit evidence in this appeal or with his response.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed April 19, 2017

